**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: 19TH JUDICIAL DISTRICT     :   No. 31 MM 2020
EMERGENCY JUDICIAL ORDER  (YORK    :
COUNTY)                                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of July, 2021, the Request for Emergency Judicial Order is GRANTED, insofar as the President Judge of the 19th Judicial District is authorized to suspend state or local rules that restrict the use of advanced communication technology (ACT) in court proceedings through August 31, 2021. Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

     In all other respects, the Request for Emergency Judicial Order is DENIED.